# Littler

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

October 11, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
Courtroom 521
White Plains, NY 10601-4150

Re: *Maureen Sullivan v. Amazon.com Services LLC et al*
Case No.: 7:23-cv-04818-KMK

Dear Judge Karas:

This office represents Defendants Amazon.com Services LLC, Stephen Yingling and Eric Lumin in the above referenced matter. We write to the Court with Plaintiff's consent.

The Court has scheduled the next Case Management Conference in this matter for January 8, 2025 at 10:00 a.m., however, Defendants' counsel has a previously scheduled New York State Division of Human Rights hearing on that same date. Accordingly, we request that the Case Management Conference be adjourned to the following week.

This is Defendants' first request for an extension of this deadline. No other deadlines would be affected by this request for an adjournment. We remain available for any questions or conferences that Your Honor may deem necessary.

Respectfully submitted,

/s/ Eli Z. Freedberg

Eli Z. Freedberg

Granted.

The conference is moved to 1/15/25, at 11:00.

So Ordered.
10/15/24