# Littler

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

Janaury 13, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
Courtroom 521
White Plains, NY 10601-4150

    Re:   *Maureen Sullivan v. Amazon.com Services LLC et al*
            Case No.: 7:23-cv-04818-KMK

Dear Judge Karas:

    This office represents Defendants Amazon.com Services LLC, Stephen Yingling and Eric Lumin in the above referenced matter. The Court has scheduled a status conference for January 15, 2025 at 11:00 a.m. However, the parties recently attended a pre-motion conference before Your Honor on December 17, 2024 in which Your Honor granted Defendants' request to file a motion for summary judgment. Pursuant to Your Honor's Order Defendants' motion for summary judgment is due on January 27, 2025 and Plaintiff's opposition is due no later than March 13, 2025. In addition, the parties are scheduled to attend a settlement conference before Judge Krause on January 23, 2025. In light of these developments, the parties respectfully ask the Court to adjourn the January 15th status conference until sometime after the Court issues its decision on the motion for summary judgment.

    Plaintiff consents to this request and no other deadlines would be affected by this request for an adjournment. We remain available for any questions or conferences that Your Honor may deem necessary.

Respectfully submitted,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

Granted: The 1/15/25 conference is adjourned sine die.

So Ordered.

1/14/25

4928-9639-0917